■ ENGLISHTOWN SPORTSWEAR, LTD. v HAIM DABAH et al. — Motion for an enlargement of time denied, on the ground that it was made more than nine months after the date of the notice of appeal (cf. this court's rule 600.11, subd [a], 22 NYCRR 600.11 [a]), and, *sua sponte,* this appeal is dismissed. Concur — Kupferman, J. P., Sandler, Carro, Asch and Markewich, JJ.